**E-Filed 7/8/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FIRST FEDERAL BANK OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>PEPITO C. LIM; DOES 1-20, inclusive,<br><br>Defendant. | Case Number C 10-2694 JF (HRL)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION TO REMAND<br><br>[re: docket no. 3] |

On June 22, 2010, Magistrate Judge Howard R. Lloyd filed a Report and Recommendation that this Court summarily remand the instant action to the Santa Clara Superior Court. No objections have been filed. The Court has reviewed Judge Lloyd's recommendation as well as the record in this case in conformity with 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72(b), and Civil Local Rule 72-3. The Court concurs with and adopts in its entirety the Report and Recommendation of Judge Lloyd. The action is hereby remanded. The Clerk shall transmit the file to the Santa Clara Superior Court.

IT IS SO ORDERED.

DATED: 7/8/2010

_____
JEREMY FOGEL
United States District Judge

1  Copies of Order served on:

2  Pepito C Lim

3  1955 Hogan Drive

   San Jose, CA 95054
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case Number C 10-2694 JF (HRL)
ORDER ADOPTING REPORT AND RECOMMENDATION TO REMAND
(JFLC1)